IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:12-cv-549 |
| ) | |
| KENNETH M. DAVID ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DEFAULT JUDGMENT

Defendant Kenneth M. David, having failed to plead or otherwise defend in this action, his default having been entered, the United States having made a motion for the entry of Default Judgment, and the Court having considered any opposition to the application or proposed judgment timely filed under the Local Rules of this Court,

IT IS HEREBY ORDERED that Default Judgment Is Entered in favor of the United States and against Kenneth M. David, personally, for the unpaid assessed balance of trust fund recovery penalty taxes and related interest and penalties for a total amount due under this Judgment, as of December 17, 2012, of $428,055.49, plus additional interest pursuant to 26 U.S.C. § 6601, 6621 and 6622 and 28 U.S.C. § 1961(c) accruing after December 17, 2012, until paid.

**IT IS SO ORDERED.**

Dated: 3/4/13

Timothy S. Black
UNITED STATES DISTRICT JUDGE